MARGARET McKENNA, Adm'x.,

*vs.*          Demurrer, No. 105.

FRANK M. BATES, City Treasurer.

CLAIMS AGAINST TOWNS, HOW PROSECUTED ; *Whalen v. Bates*,
AFFIRMED.

RESCRIPT.

*Filed October 3, 1896.*

The plaintiff's claim for damages in this suit was presented
to the board of aldermen of Pawtucket, and not to the city
council as required by Pub. Stat. R. I. cap. 34, § 12.  In
*Whalen* v. *Bates*, Index RR. 105, we held that such a pre-
sentation of a claim was not a compliance with the statute.
That case is decisive of the present.

Demurrer sustained, and case remitted to the Common
Pleas Division with direction to enter judgment for the de-
fendant for costs.

*Hugh J. Carroll*, for plaintiff.
*Thomas P. Barnefield*, for defendant.